

# THE THIRTEENTH COURT OF APPEALS

---

## 13-25-00083-CV

---

Erica Hardesty
v.
Tavolo TH Property De LLC

---

On Appeal from the
County Court at Law No. 1 of Tarrant County, Texas
Trial Court Cause No. 2024-009160-1

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

November 6, 2025